FILED
CLERK U.S. DISTRICT COURT
MAR 20 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

GABRIEL AGUAYO,

    Petitioner,

v.

DERRICK OLLISON, Warden,

    Respondent.

) ED CV 07-607-RGK (SH)
)
) ORDER ADOPTING THE
) REPORT AND RECOMMENDATION
) OF UNITED STATES MAGISTRATE
) JUDGE
)
)
)
)
)

    Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

    IT IS ORDERED that the Petition filed herein is dismissed with prejudice.

1

1     IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order,
2 the Magistrate Judge's Report and Recommendation and the Judgment herein by
3 the United States mail on petitioner and counsel for respondent.
4     LET JUDGMENT BE ENTERED ACCORDINGLY.
5 DATED: MAR 20

                                   R. GARY KLAUSNER
                                   UNITED STATES DISTRICT JUDGE