Priority ✓
Send
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK U.S. DISTRICT COURT
MAR 20 2008
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| GABRIEL AGUAYO,<br><br>　　　　　Petitioner,<br>　v.<br>DERRICK OLLISON, Warden,<br>　　　　　Respondent. | ED CV 07-607-RGK (SH)<br><br>JUDGMENT |

　　Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: MAR 20 2008

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1